J. Justin May, ISB #5818
MAY, BROWNING & MAY
1419 W. Washington
Boise, Idaho 83702
Phone: (208) 429-0905
Fax:    (208) 342-7278
jmay@maybrowning.com

*Attorneys for the Debtors Mark and Amelia Cleverley-Hymas*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MARK E. HYMAS and<br>AMELIA CLEVERLEY-HYMAS aka AMY<br>HYMAS aka AMELIA CLEVERLEY,<br><br>　　　　Debtors. | Case No.:  17-40889-JDP<br><br>Chapter 11 |

**APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

---

**Notice of Application to Employ Attorney
and Opportunity to Object and for a Hearing**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served upon the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 1

COMES NOW the Debtors Mark and Amelia Cleverley-Hymas (also known as Amy Hymas and Amelia Cleverley) ("Debtors") and hereby apply to this Court for an Order authorizing the Debtors to retain May Browning & May as their counsel of record for the Debtors.   In support of this Application, the Debtors respectfully submit the following:

1.      The Debtors herein filed a Voluntary Petition under Chapter 11 of 11 U.S.C. on October 5, 2017.

2.      Applicants are the debtors in possession in the above-entitled case.

3.      Counsel is needed to assist the Debtors in preparing a Disclosure Statement and Chapter 11 Plan for Reorganization, and to assist in all other activities necessary to carry out their duties and responsibilities as debtors in possession in a Chapter 11 bankruptcy and to comply with the requirements of the Bankruptcy Code and Rules.

4.      By this Application, the Debtors wish to employ May, Browning & May as their counsel of record in this case to:

    a.      Assist the Debtors concerning administration of the case;

    b.      Investigate the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' business and the desirability to continue in such business, and any other matters relevant to the case;

    c.      Assist with the formulation of a plan;

    d.      Perform all other legal services on behalf of the Debtors in connection with this Chapter 11 case.

5.      To the best of the Debtor's knowledge, and as set forth in the attached Verified Statement Affidavit of J. Justin May, the firm May, Browning & May does not represent any entities having an adverse interest in connection with this case. J. Justin May and May, Browning and May have no connections to the estate, insider, partner, debtor,

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 2

creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

    6.    May, Browning & May has not represented any other parties-in-interest in any matters relating to the Debtors or their estate, other than those disclosed above.

    7.    The Debtor is aware and May Browning & May has disclosed to the Debtor that said attorney has represented and is currently representing both creditors and debtors in other unrelated bankruptcy cases and other unrelated matters.  Upon the best information, knowledge and belief, May Browning & May does not hold or represent an interest adverse to the bankruptcy estate in the above named case.

    8.    May Browning & May does not hold or represent any other entity having an adverse interest in connection with the case.

    9.    The Debtors have authorized May Browning & May to file this Application on their behalf.

    WHEREFORE, the Debtors respectfully request that the Court enter an Order authorizing the employ of May Browning & May to represent the Debtors in this Chapter 11 case and related proceedings, with all fees and expenses paid as an administrative claim subject to review and approval by the Court under applicable law.

    DATED This 5 day of October, 2017.

 

_____
Mark Hymas, Debtor

_____
Amelia Cleverley-Hymas, Debtor

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 3

DATED This 5 day of October, 2017.

MAY, BROWNING & MAY

By ___/s/ J. Justin May_____
    J. Justin May
    May, Browning & May

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS
COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT
AND FOR A HEARING- 4

VERIFIED STATEMENT OF PROSPECTIVE ATTORNEY
[FRBP Rule 2014(a)]

STATE OF IDAHO    )
                  ::ss
County of ADA     )

1. I am an attorney duly admitted to practice law before all courts in the State of Idaho, including this Court and the Federal District Court in the State of Idaho.

2. I am a member of the law firm May, Browning & May, PLLC, which is the law firm the Debtors seek to employ in this matter. All members and associates of this law firm are similarly duly admitted to practice law in the State of Idaho and before this Court.

3. The Debtors have expressed a desire to employ May, Browning & May to assist the Debtors in preparing a Disclosure Statement and Chapter 11 Plan for Reorganization, and to assist in all other activities necessary to carry out their duties and responsibilities as debtors in possession in a Chapter 11 bankruptcy and to comply with the requirements of the Bankruptcy Code and Rules.

4. It is necessary for the Debtors to employ an attorney for such professional services inasmuch as the Debtors are without legal experience in such matters.

5. The Debtors previously paid $5783.00 to May, Browning and May, and those funds were used to satisfy the firm's fee for services rendered prior to filing the Chapter 11 bankruptcy. Debtor also paid for the filing fee to file the Voluntary Petition for Chapter 11 bankruptcy relief. The firm is currently not holding any funds of the Debtors' in trust. The Debtors have been informed that the normal hourly rate charged by J. Justin May and other members of the firm for similar matters is

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 5

$225.00 per hour.  Paralegal charges are $100.00 per hour.  It is contemplated that said firm will seek compensation based upon these hourly rates and may seek interim compensation during the case as permitted by 11 U.S.C. § 331.  Actual fees and expenses are subject to Court's approval.  Attached as Exhibit 1 is a true and correct copy of the Attorney/Client Representation Agreement signed by the Debtors and the firm.

6.  May, Browning and May has represented and is currently representing both creditors and debtors in other unrelated bankruptcy cases and other unrelated matters.  I believe that no adverse interest exists as a result of this representation.

7.  To the best of my knowledge, your affiant and May, Browning and May have no connections to the estate, insider, partner, debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

8.  Your affiant does not hold or represent any other entity having an adverse interest in connection with the case.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED This  5  day of October, 2017.

By ___/s/ J. Justin May_____
        J. Justin May

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 5 day of October, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following.

- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- James Justin May    jmay@maybrowning.com, ccortens@maybrowning.com;ecf.bk.mbm@gmail.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on this 5 day of October, 2017, I served the foregoing on the following non-CM/ECF Registered Participants, the US Trustee and the Debtor via First Class mail, postage prepaid, addressed as follows:

Mark E. Hymas
Amelia Cleverley-Hymas
23 E. 400 N.
Rupert, ID 83350-9571

US Trustee
Washington Group Central Plaza
720 Park Blvd., Suite 210
Boise, ID 83712

AND I FURTHER CERTIFY that on this 5 day of October, 2017, I served the foregoing in accordance with Local Bankruptcy Rule 2014.1 upon the creditors listed on the attached **List of Creditors Holding 20 Largest Unsecured Claims** via First Class mail, postage prepaid addressed to each of said creditors at their respective addresses.

/s/ J. Justin May
J. Justin May

APPLICATION TO APPROVE EMPLOYMENT OF MAY, BROWNING & MAY AS COUNSEL FOR THE DEBTORS AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING- 7

American Express
P. O. Box 981540
El Paso, TX 7998-1540

Balboa Capital
2010 Main St., Suite 1100
Irvine, CA  92614

Barclay Card
P. O. Box 60517
City of Industry, CA  91716

Bruckner's Truck Sales
4520 N.W. Freeway
Crowley, TX  76036

Cothern's Tanker Inspection
P. O. Box 1018
Caldwell, TX  77836

Equify Financial, LLC
777 Main Street, Suite 3900
Fort Worth, TX  76102

Falls Truck Center
2303 Old Jacksonboro Hwy
Wichita Falls, TX  76302

HUB International
P. O. Box 50340
Idaho Falls, ID  83405

Idaho Central Credit Union
P. O. Box 2469
Idaho Falls, ID  83206-2469

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346

Kenworth Sales Company
2125 South Constitution Blvd.
Salt Lake City, UT  84119

Mack Financial
c/o Citi Bank
P. O. Box 7247-0236
Philadephia, PA  19170-0236

Northland Capital Financial
P. O. Box 7278
Saint Cloud, MN  56302

Sheffield Financial
P. O. Box 280229
Charlotte, NC  28258-0229

Stearns Banks, N.A.
P. O. Box 750
Albany, MN  56307-0750

Teletrac, Inc.
32472 Collection Center Drive
Chicago, IL  60693-0324

Thomas Fuel Logistics
P. O. Box 540730
North Salt Lake, UT  84054

Uni First
4407 Henry S Gracy Hwy
Wichita Falls, TX  73602

Volvo Financial Services
c/o Citibank
P. O. Box 7247-0236
Philadelphia, PA  19170-0236

Wichita County Tax Office
P. O. Box 1471
Wichita Falls, TX  73607-1471

# May, Browning & May

**Attorneys at Law**

**1419 West Washington**
**Boise, ID 83702**
**208.429.0905 Phone**
**208.342.7278 Fax**

**jmay@maybrowning.com**

J.Dee May
Bart D. Browning
J. Justin May
Hon. James J. May (1925-2017)
J. Alfred May (1902-1985)

Twin Falls Office
516 Hansen St. East
Twin Falls, ID 83301
208.733.7180 Phone
208.733.7967 Fax

Mark E. Hymas
Amelia Cleverley-Hymas
23 E. 400 N.
Rupert, Idaho 83350-9571

Re:   Chapter 11 Bankruptcy

### ATTORNEY/CLIENT REPRESENTATION AGREEMENT

Thank you for choosing May, Browning & May, PLLC (the "Firm") to provide you with legal services in the above-referenced Chapter 11 bankruptcy matter. This firm is willing to represent you in your bankruptcy matter in accordance with the terms and conditions set forth below.

This document serves as the Attorney/Client Representation Agreement between you and the Firm. It specifies the basic duties and obligations the Firm agrees to perform throughout the course of your bankruptcy. Please review this document carefully and understand the provisions contained herein. Contact this office should you have any questions or concerns. If you do not have any, please sign and return to this office at your earliest convenience. Your signature below constitutes your understanding of the provisions of this agreement.

<u>Services to be Provided:</u>

It is understood that we will represent you in preparing for and filing, and potentially prosecuting, a chapter 11 bankruptcy case in the United States Bankruptcy Court for the District of Idaho (the "Bankruptcy Case"). From time to time matters may arise in your Bankruptcy Case that will require your attention. We will contact you if we receive notice of such an issue and discuss with you how to proceed. Please let us know immediately if you have a change in circumstances such as an increase or decrease in income, a change in your family, or any other change affecting your ability to complete your plan. If you are unable to make plan payments, we may be able to address the issue, but we need to address it as early as possible.

The members of the firm who will be working on your Bankruptcy Case are: J. Justin May and Caroline J. Cortens, paralegal. Please feel free to contact any of us for assistance.

Mark E. Hymas
Amelia Cleverley-Hymas
Page 2

Fees and Expenses:

The fee arrangement, as agreed, will be based on an hourly rate. Our hourly rates depend on the experience level of the attorney or paralegal and are currently as follows: Justin May, attorney - $225.00, Caroline Cortens, Paralegal - $100.00. It is possible that other attorneys and service providers may be called upon to work on your behalf. In each such case, their names and hourly rates will appear on our monthly statements, but will not exceed the hourly rates for attorneys and paralegals quoted above.

Application to Approve Employment:

The Firm will make an application to the Court for approval of attorney fees and compensation. The bankruptcy court typically grants these applications if the fees and expenses are determined to be reasonable and fair, but if the court does not approve the full hourly rates as quoted we will require you only to pay the approved fees and costs. No person shall be responsible for the fees or costs subject to bankruptcy court approval, but not approved by the bankruptcy court.

Fees Previously Paid:

The Firm recognizes that we previously received $5783.00 from you, and that those funds were used to satisfy our fee for services rendered prior to filing the Chapter 11 bankruptcy. You have also paid for the filing fee to file the Voluntary Petition for Chapter 11 bankruptcy relief. The Firm is currently not holding any funds of yours.

Debtor's Responsibility:

As a debtor in possession in a bankruptcy case, it is your responsibility to fully cooperate with the Firm by providing all relevant information, whether requested or not, to the Firm. This includes promptly responding to all letters, emails and phone messages. You agree to promptly attend appointments, the bankruptcy meeting of creditors and any court hearings. You will also advise me immediately of any change in your address or telephone number. If you do not comply with these requirements, the Firm may seek permission from the Bankruptcy Court to withdraw from its representation of you.

Your Right to Terminate Representation:

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will stop all legal work on your behalf immediately and file a notice of withdrawal with the Bankruptcy Court. Such termination will not relieve you of liability for payment for services already rendered.

Mark E. Hymas
Amelia Cleverley-Hymas
Page 3

<u>Our Right to Terminate Representation:</u>

We may terminate our representation (to the extent permitted by the ethical and court rules) at any time if you breach any material term of this agreement or fail to cooperate or follow our advice on a material matter, if conflict of interest develops or is discovered, or if there exists any circumstance that would, in our opinion, render our continuing representation unlawful, unethical, or otherwise inappropriate. If we elect to terminate our representation, you will take all steps reasonably necessary and will cooperate as reasonably required to free us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation.

Because of the uncertainty of legal proceedings, the interpretation and changes in the law and many unknown factors, the Firm cannot and does not warrant, predict or guarantee results or the final outcome of any case.

If any of the terms stated in this letter is not consistent with your understanding of our agreement, please contact me before signing the agreement. Otherwise, please sign the agreement and return it to me.

On behalf of the Firm, we appreciate the opportunity to represent you in this matter and will strive to assist you throughout the process. If you have questions, please feel free to contact me.

Very truly yours,

MAY, BROWNING & MAY

J. Justin May

APPROVED AND ACCEPTED

Mark E. Hymas, Debtor

Amelia Cleverley-Hymas, Debtor