J. Justin May, ISB #5818
MAY, BROWNING & MAY
1419 W. Washington
Boise, Idaho 83702
Phone: (208) 429-0905
Fax:    (208) 342-7278
jmay@maybrowning.com

*Attorneys for the Debtors Mark and Amelia Hymas*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MARK HYMAS and<br>AMELIA HYMAS aka AMY HYMAS aka<br>AMELIA CLEVERLEY aka AMY<br>CLEVERLY aka AMELIA CLEVERLEY-HYMAS,<br><br>            Debtors. | Case No.: 17-40889-JDP<br><br>Chapter 11 |

**EMERGENCY EX PARTE MOTION FOR PROTECTIVE ORDER**

COME NOW the Debtors Mark and Amelia Hymas ("Debtors") and pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Bankruptcy Rule 9037(d), make this emergency ex parte motion for a Protective Order to limit or prohibit remote electronic access to unredacted documents filed with the court which contain the Debtors' social-security numbers in full. In support of this motion, the Debtors respectfully submit the following:

1. On October 10, 2017 Creditor 399 Asbury Dr. ("Creditor") filed Proof of Claim No. 1 and No. 2 in the Debtors' bankruptcy proceedings.

2. The attachments to each claim filed by Creditor were not redacted. Specifically, the following documents contain the Debtors' full social-security numbers:

   a) Attachment 5 to Claim No. 1, "Placement of Deficiency Balance"; and
   b) Attachment 1 to Claim No. 2, "Master Equipment Finance Agreement".

EMERGENCY EX PARTE MOTION FOR PROTECTIVE ORDER- 1

3.  On October 10, 2017, counsel for Debtors contacted Creditor via the phone number provided in the claims and spoke to the contact person specified in the claims. Counsel advised Creditor that the claims were unredacted and that Creditor would need to fix the problem immediately by filing a Motion to Seal/Redact and re-file the Claims with the Debtors' social security numbers redacted.

4.  No action by the Creditor to remedy the problem and remove the unredacted claims has been taken to date.

5.  A protective order of the Court is necessary to limit or prohibit remote electronic access to the unredacted Claim Nos. 1 and 2, to protect Debtors' social-security numbers.

DATED this 12th day of October, 2017.

MAY, BROWNING & MAY

 /s/J. Justin May_____
J. Justin May
Attorneys for Debtors

EMERGENCY EX PARTE MOTION FOR PROTECTIVE ORDER- 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 12th day of October, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following.

- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- James Justin May    jmay@maybrowning.com, ccortens@maybrowning.com;ecf.bk.mbm@gmail.com;r65250@notify.bestcase.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on this 12th day of October, 2017, I served the foregoing on the following non-CM/ECF Registered Participants and the Debtors via First Class mail, postage prepaid, addressed as follows:

Mark E. Hymas
Amelia Hymas
23 E. 400 N.
Rupert, ID 83350-9571

AND I FURTHER CERTIFY that on the 12th day of October, 2017, I served the foregoing on the following Creditor via email:

399 Asbury Dr.
Attn: Thomas Shanahan
Mandeville, LA 70471
toms@esp-rm.com

/s/ J. Justin May
J. Justin May

EMERGENCY EX PARTE MOTION FOR PROTECTIVE ORDER- 3